**DISMISS; Opinion Filed May 17, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-00507-CV**

**ADRIANUS J. VAN'T WESTEINDE, Appellant**
v.
**BENTLEY INVESTMENT COMPANY, L.L.C., Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-08155-J**

## MEMORANDUM OPINION

Before Justices FitzGerald, Murphy, and Lewis
Opinion by Justice FitzGerald

The parties have filed a Joint Motion to Dismiss advising that they have settled their dispute and requesting dismissal of this appeal. After consideration, we grant the motion and dismiss the appeal as requested by the parties. See TEX. R. APP. P. 42.1(a)(2)(A).

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

120507F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ADRIANUS J. VAN'T WESTEINDE,
Appellant

No. 05-12-00507-CV      V.

BENTLEY INVESTMENT COMPANY,
L.L.C., Appellee

On Appeal from the 44th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-11-08155-J.
Opinion delivered by Justice FitzGerald.
Justices Murphy and Lewis participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** pursuant to the parties' settlement agreement.

Judgment entered this 17th day of May, 2013.

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE